FILED

05/31/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0748

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0748

_____

THAD WHITE,

      Petitioner and Appellant,

   v.

MONTANA BOARD OF CRIME CONTROL,

      Respondent and Appellee,

   and

PUBLIC SAFETY OFFICERS STANDARDS &
TRAINING COUNCIL,

      Intervenor.

O R D E R

_____

Appellant Thad White was granted an extension of time to file and serve the opening brief on or before May 17, 2023. The opening brief is now overdue.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than June 30, 2023. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to all parties in this appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 31 2023